| | | |
|---|---|---|
| 1 | Stephen M. Doniger (SBN 179314) | JS-6 |
| 2 | stephen@donigerlawfirm.com | |
| 3 | Scott A. Burroughs (SBN 235718) | |
|   | scott@donigerlawfirm.com | |
| 4 | David Shein (SBN 230870) | |
|   | david@donigerlawfirm.com | |
| 5 | 603 Rose Avenue | |
|   | Venice, California 90291 | |
| 6 | Telephone: (310) 590-1820 | |

FILED
CLERK, U.S. DISTRICT COURT
February 23, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DESIGN COLLECTION, INC.,

Plaintiff,

v.

FOREVER 21, INC., a Delaware Corporation; and DOES 1 through 10,

Defendants.

---

FOREVER 21, INC., a Delaware Corporation,

Counterclaimant,

v.

DESIGN COLLECTION, INC., a California Corporation, and Counterclaim Defendants DOES 1 through 10,

Counterclaim Defendants.

Case No.: CV17-01674 SJO (FFMx)
*Hon. S. James Otero Presiding*

**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION**

- 1 -

**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION**

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: ___Feb. 23___, 2018       By: _____*S. James Otero*_____
                                    HON. S. JAMES OTERO
                                    U.S. DISTRICT COURT JUDGE